NOT FINAL UNTIL TIME EXPIRES TO FILE REHEARING
MOTION AND, IF FILED, DETERMINED

IN THE DISTRICT COURT OF APPEAL

OF FLORIDA

SECOND DISTRICT

ADAM SOUSA, DOC #Y12766, )
 )
   Appellant, )
 )
v. )
 ) Case No. 2D18-3099
STATE OF FLORIDA, )
 )
   Appellee. )
_____)

Opinion filed June 5, 2019.

Appeal from the Circuit Court for Lee
County; Bruce E. Kyle, Judge.

Adam Sousa, pro se.

PER CURIAM.

   Affirmed.

LaROSE, C.J., and KELLY and ROTHSTEIN-YOUAKIM, JJ., Concur.